**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |
|---|---|
| BILLY S. BURCH,<br><br>                Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>                Defendant. | No. 17-336T<br><br>Filed February 5, 2018 |

**FILED**
FEB - 5 2018
U.S. COURT OF FEDERAL CLAIMS

## DISMISSAL ORDER

On January 31, 2018, plaintiff in the above-captioned matter filed a motion for voluntary dismissal of this matter, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC") (docket entry no. 13).

In light of the foregoing, the Court:

1. **GRANTS** plaintiff's motion for voluntary dismissal; and

2. **DISMISSES** this matter without prejudice pursuant to RCFC 41(a)(2).

The Clerk is directed to enter judgment accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge